Rule 208.     **Procedure.**

***

(d)     Review and action by Board. --

(1)   Proceedings before the Board shall be governed by Board rules, except that, unless waived in the manner provided by such rules, **[the respondent-attorney]** <u>both parties</u> shall have the right to submit briefs and to present oral argument to a panel of at least three members of the Board.  Members of the Board who have participated on a reviewing panel under paragraph (a)(4) or (5) of this rule shall not participate in further consideration of the same matter or decision thereof on the merits under this subdivision (d).

***